CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 08, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **TRENTON BRICE MOWBRAY,**<br>    Plaintiff, | Civil Action No. 7:24-cv-00059 |
| v. | **MEMORANDUM OPINION** |
| **CAPTAIN JIMMY WIMER, et al.,**<br>    Defendant(s). | By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. §1983. By order entered January 22, 2024, the court directed plaintiff to submit, within 30 days from the date of the order, the consent to withholding of filing fees form in order to complete the application to proceed without the prepayment of the filing fee and a statement of assets form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED this 4th day of April, 2024.

_____
United States District Judge